UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFREDO NAVARRO-GUTIERREZ, | NO. C13-2310-JCC-JPD |
| Petitioner, | |
| v. | REPORT AND RECOMMENDATION |
| UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

Petitioner is a citizen of Mexico, who was previously detained at the Northwest Detention Center in Tacoma. Dkt. 1. Through counsel, petitioner filed a habeas corpus petition pursuant to 28 U.S.C. § 2241, asking the Court to direct the Tacoma Immigration Court to provide him with a bond redetermination hearing. *Id.* at 2. The Court directed that respondents be served and that respondents file a return as provided in 28 U.S.C. § 2243, explaining why the Court should not grant the petition. Dkt. 2.

On March 10, 2014, respondents filed a motion to dismiss, arguing that the case was moot because petitioner was in the process of being removed to Mexico. Dkt. 10.

On March 27, 2014, the parties filed a joint stipulation that the case should be voluntarily dismissed without prejudice and without costs or fees to either party. Dkt. 11.

REPORT AND RECOMMENDATION - 1

1    Based on the parties' stipulation, the Court recommends entering an Order (1) granting
2 the parties' joint stipulation, Dkt. 11; (2) voluntarily dismissing this action without prejudice
3 and without costs or fees to either party; and (3) denying respondents' motion to dismiss as
4 moot, Dkt. 10.  A proposed order accompanies this Report and Recommendation.

   The Clerk should note the matter for April 4, 2014, as ready for the Honorable John C. Coughenour's consideration.

   DATED this 4th day of April, 2014.

*James P. Donohue*
---
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2