THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

| ALFREDO NAVARRO-GUTIERREZ, | CASE NO. C13-2310-JCC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

15    This matter comes before the Court on the Report and Recommendation of the Honorable

16  James P. Donohue, United States Magistrate Judge. (Dkt. No. 12.) Having thoroughly considered

17  the parties' briefing, the Report and Recommendation, and the balance of the record, the Court

18  hereby ORDERS:

19        (1) The Court ADOPTS the Report and Recommendation.

20        (2) The Court GRANTS the parties' joint stipulation. (Dkt. No. 11.)

21        (3) The Court DENIES as moot Respondents' motion to dismiss. (Dkt. No. 10.)

22        (4) This action is voluntarily DISMISSED without prejudice and without costs or fees to

23            either party.

24        (5) The Clerk is respectfully DIRECTED to send a copy of this Order to the parties and

25            to Judge Donohue.

26  //

ORDER
PAGE - 1

1

DATED this 9th day of April 2014.

2

3

4

5

6

7
John C. Coughenour

8
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2